IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRENT GROSS <br> and <br> RHONDA GROSS <br><br>        Plaintiffs, <br><br>   v. <br><br> UNITED STATES, <br><br>        Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 1:05cv01818 (JR) |

## ENTRY OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne, Trial Attorney, Tax Division, U.S. Department of Justice, Post Office Box 227, Ben Franklin Station, Washington, D.C. 20044, as attorney for the defendant in the above-captioned proceeding.

DATED: January 6, 2006.

                                                            Respectfully submitted,

                                                            /s/ Jennifer L. Vozne

                                                           JENNIFER L. VOZNE <br>
                                                           Trial Attorney, Tax Division <br>
                                                           U.S. Department of Justice <br>
                                                           Post Office Box 227 <br>
                                                           Ben Franklin Station <br>
                                                           Washington, D.C.  20044 <br>
                                                           Telephone: (202) 307-6555 <br>
                                                           Facsimile: (202) 514-6866 <br>
                                                           Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL: <br>
KENNETH L. WAINSTEIN <br>
United States Attorney

1494683.1

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing ENTRY OF APPEARANCE has been made this 6th day of January, 2006, by mailing, postage prepaid, addressed to:

Brent Gross
Rhonda Gross
12098 Silver Lake Road
Brighton, Michigan 48116

/s/ Jennifer L. Vozne
_____
JENNIFER L. VOZNE