IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT GROSS<br>and<br>RHONDA GROSS<br><br>     Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 1:05cv01818 (JR)<br>)<br>)<br>)<br>) |

**DEFENDANT'S UNOPPOSED MOTION TO ENLARGE TIME
IN WHICH TO RESPOND BY ANSWER, MOTION OR
OTHER RESPONSIVE PLEADING TO COMPLAINT**

Defendant, the United States, through undersigned counsel, moves the Court for an additional fourteen (14) days, or up to and including January 20, 2006, in which to serve an answer, other responsive pleading, or motion to the complaint filed in this matter. As grounds for this motion, defendant's counsel states that the Internal Revenue Service only recently provided it with some information pertinent to this case. Additionally, defendant's counsel was out of town for the week between Christmas and New Years Day and thus has not had a chance to review the materials in order to prepare a response to the complaint. Although defendant could, without an extension, submit a timely answer asserting a general denial to the allegations in the complaint due to a lack of knowledge, such an answer would not be productive as it would not narrow any issues which could have been otherwise stipulated.

1494665.1

Plaintiffs do not oppose this motion.  A proposed order accompanies this motion.

DATED: January 6, 2006.

Respectfully submitted,

/s/ Jennifer L. Vozne

JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6555

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing <u>DEFENDANT</u>'S UNOPPOSED MOTION TO ENLARGE TIME IN WHICH TO RESPOND BY ANSWER, MOTION, OR OTHER RESPONSIVE PLEADING TO COMPLAINT has been made this 6th day of January, 2006, by mailing, postage prepaid, addressed to:

Brent Gross
Rhonda Gross
12098 Silver Lake Road
Brighton, Michigan 48116

/s/ Jennifer L. Vozne
_____
JENNIFER L. VOZNE

1494665.1