## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRENT GROSS | ) | |
| and | ) | |
| RHONDA GROSS | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:05cv01818 (JR) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO ENLARGE TIME IN WHICH TO RESPOND BY ANSWER, MOTION OR OTHER RESPONSIVE PLEADING TO COMPLAINT

This matter comes before the Court on defendant's unopposed motion for an enlargement of time in which to respond to the complaint. Having reviewed the motion and the entire record of this case, the Court GRANTS the motion. Accordingly, the Court ORDERS that the United States must serve its answer, other responsive pleading, or motion on or before January 20, 2006.

Done this _____ day of January, 2006.


_____
UNITED STATES DISTRICT JUDGE

Copies to:

Brent Gross
Rhonda Gross
Plaintiffs *Pro Se*
12098 Silver Lake Road
Brighton, Michigan 48116

Jennifer L. Vozne
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, DC 20044

1494678.1