# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRENT GROSS & | ) | |
| RHONDA GROSS, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 1:05-cv-01818 (JR) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF JENNIFER L. VOZNE

I, Jennifer L. Vozne, under 28 U.S.C. § 1746, declare as follows:

1.  I am a trial attorney with the Department of Justice Tax Division.  As part of my duties, I have been assigned responsibility for litigation of the above-captioned case.

2.  As part of my duties, I have received documents kept and generated by the Internal Revenue Service with respect to the above-captioned case.

3.  According to the Internal Revenue Service's records, the male taxpayer has balances due for his federal individual income tax liabilities for tax years 1997 and 2000.  A true and correct copy of an Internal Revenue Service transcript, dated December 14, 2005, is attached as exhibit 1.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

DATED: January 17, 2006.

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE
Trial Attorney
Washington, DC

1505161.1