```
Station Name: DLS0149001 Date: 12/14/2005 Time: 2:19:52 PM

IMFOLI      -8752              IMF INDEX        NM CTRL:GROS
                                                              UP-CYC:50
BRENT GROSS
ENTITY MF ACTIVE:46   FREEZE CODES: V   -Z   AUDIT HISTORY: YES VESTIGIAL:  YES
TOTAL ASSESSED BAL:        22,785.66  (*TOTAL OF ACTIVE TAX MODS ASSESSED BALS*)
                   MF                        INTEREST   FREEZE  POSTED        STAT
 MFT TXPD   FSC ACT TIF TOTAL MOD BALANCE    COMP DTE   CODES   RETURN   ADJ  HIS
 30  198512  1  46  NO              .00     20051128   V  -Z   POSTED   YES  12
 30  198612  2  46  NO              .00     20051128   V  -Z   POSTED   NO   12
 30  198712  2  46  NO              .00     20051128   V  -Z   POSTED   YES  12
 30  198812  2  46  NO              .00     20051128   V  -Z   POSTED   YES  12
 30  198912  2  46  NO              .00     20051128   V  -Z   POSTED   NO   12
 30  199012  2  46  NO              .00     20051128   V  -Z   POSTED   NO   12
 30  199112  2  46  NO              .00     20051128   V  -Z   POSTED   NO   12
 30  199212  2  46  NO              .00     20051128   V  -Z   POSTED   NO   12
 30  199312  2  46  NO              .00     20051128   V  -Z   POSTED   NO   12
 30  199412  2  46  NO              .00     20051128   V  -Z   POSTED   NO   12
 30  199512  2  46  NO              .00     20051128   V  -Z   POSTED   NO   12
 30  199612  2  46  NO              .00     20051128   V  -Z   POSTED   NO   12
 30  199712  2  46  YES            4.65     20051128   V  -Z   POSTED   YES  12
 30  199812  2  46  YES             .00     20051128   V  -Z   POSTED   YES  12
 30  199912  2  46  YES             .00     20051128   V  -Z   POSTED   YES  12
 30  200012  3  46  YES        26,440.10    20051128   VT -Z   SUBST4   YES  22
              PAGE 001 OF 002              IMFPG 002
```

EXHIBIT

```
Station Name: DLS0149001 Date: 12/14/2005 Time: 2:19:58 PM

IMFOLI        -8752              IMF INDEX        NM CTRL:GROS
                                                              UP-CYC:50
BRENT GROSS
ENTITY MF ACTIVE:46   FREEZE CODES: V   -Z   AUDIT HISTORY: YES  VESTIGIAL:  YES
TOTAL ASSESSED BAL:             .00   (*TOTAL OF ACTIVE TAX MODS ASSESSED BALS*)
              MF                         INTEREST   FREEZE   POSTED         STAT
 MFT TXPD  FSC ACT TIF TOTAL MOD BALANCE COMP DTE   CODES    RETURN   ADJ   HIS
 30 200112  3  46  YES           .00     20051128  V  -ZLR   SUBST4   NO    06
 30 200212  1  46  YES           .00     20051128  V  -ZLR   SUBST4   NO    00
 30 200312  1  46  YES           .00     20051128  V  -ZLR   SUBST4   NO    00
 30 200412  3  46  NO            .00     20051128  V  -Z     NONE     NO    04




              PAGE 002 OF 002          IMFPG 001
```