## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT GROSS & RHONDA GROSS, | ) ) ) |
| Plaintiffs, | ) No. 1:05-cv-01818 (JR) ) |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant. | ) |

## **ORDER**

Having considered the UNITED STATES' MOTION TO DISMISS, the supporting memorandum of points and authorities, any opposition and reply thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED;

ORDERED that this action be, and is, DISMISSED;  and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this _____ day of _____ 200_____.


_____
UNITED STATES DISTRICT JUDGE


1505161.1

Copies to:

Jennifer L. Vozne
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

Brent Gross
Rhonda Gross
12098 Silver Lake Road
Brighton, MI 48116