# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT GROSS & <br> RHONDA GROSS, <br> <br> Plaintiffs, <br> <br> v. <br> <br> UNITED STATES, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) No. 1:05-cv-01818 (JR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' MOTION TO DISMISS, supporting MEMORANDUM, DECLARATION OF JENNIFER L. VOZNE, and proposed ORDER were served upon the following person on January 17, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Brent Gross
>Rhonda Gross
>12098 Silver Lake Road
>Brighton, MI 48116

>    /s/ Jennifer L. Vozne
>JENNIFER L. VOZNE

1505004.1