# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT GROSS & <br> RHONDA GROSS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) No. 1:05-cv-01818 (JR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF RELATED CASES

Save for the identity of the plaintiffs, the complaints in the following cases are substantially identical to that filed in this matter:

1. Edward J. Armbruster III v. United States, Civil No. 1:05-2375

2. Jeffrey Bean v. United States, Civil No. 1:05-2145

3. Hamlet C. Bennett v. United States, Civil No. 1:05-2297

4. Matthew Brandt v. United States, Civil No. 1:05-1613

5. Paul Broward v. United States, Civil No. 1:05-01774

6. John Burton v. United States, Civil No. 1:05-2121

7. Carol Cooper v. United States, Civil No. 1:05-1192

8. Richard M. Donnally v. United States, Civil No. 1:05-2049

9. Joseph A. & Elizabeth J. Gaines v. United States, Civil No. 1:05-2326

10. Lee F. Garvin v. United States, Civil No. 1:05-01775

11. Kevin Haydel v. United States, Civil No. 1:05-2405

12. Kenneth G. & Mary C. Heath, Civil No. 1:05-2332

13. William Henry, Jr. v. United States, Civil No. 1:05-2084

14. Grant & Ethel Holyoak v. United States, Civil No. 1:05-1829

15. Lavern Koerner v. United States, Civil No. 1:05-1600

16. William M. Kramer v. United States, Civil No. 1:05-1659

17. Stephen J. & Patricia Lindsey v. United States, Civil No. 1:05-1761

18. Wallace Lohmann v. United States, Civil No. 1:05-1976

19. Rudolph Luscher v. United States, Civil No. 1:05-1987

20. Gregory Martens v. United States, Civil No. 1:05-1805

21. William R. Masterson v. United States, Civil No. 1:05-1807

22. Richard & Wilma Metsker v. United States, Civil No. 1:05-2457

23. James O'Connor v. United States, Civil No. 1:05-2075

24. Lawrence Otto v. United States, Civil No. 1:05-2319

25. Amelia Petersheim v. United States, Civil No. 1:05-1815

26. George & Claudia Pragovich v. United States, Civil No. 1:05-2222

27. Charles Radcliffe v. United States, Civil No. 1:05-1624

28. Ronald N. Romanshko v. United States, Civil No. 1:05-2239

29. Lawrence & Debra Schafrath v. United States, Civil No. 1:05-1656

30. Robert Scott & Linda Casoria-Scott v. United States, Civil No. 1:05-

      2043

31.    Sandra Shoemaker v. United States, Civil No. 1:05-1736

32.    Daniel T. & Mary G. Smith v. United States, Civil No. 1:05-2069

33.    David & Debra Stinecipher v. United States, Civil No. 1:05-2434

34.    Bruce & Elise Travis v. United States, Civil No. 1:05-1867

35.    Daniel & Donna Turner v. United States, Civil No. 1:05-1716

36.    Gregg & Regina Whitefield v. United States, Civil No. 1:05-1961

Indeed, not only are the complaints substantially identical, but some subsequent filings have been identical as well.

DATED: January 17, 2006.

                                      Respectfully submitted,

                                      /s/ Jennifer L. Vozne
                                      JENNIFER L. VOZNE
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                                      P.O. Box 227
                                      Ben Franklin Station
                                      Washington, DC 20044
                                      Phone/Fax: (202) 307-6555/514-6866
                                      Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

1505003.1

## CERTIFICATE OF SERVICE

     IT IS CERTIFIED that the NOTICE OF RELATED CASES was served upon the following persons on January 17, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

Brent Gross
Rhonda Gross
12098 Silver Lake Road
Brighton, MI 48116

                                  /s/ Jennifer L. Vozne
                                  JENNIFER L. VOZNE