# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

BRENT GROSS & )
RHONDA GROSS, )
          )
      Plaintiffs, )
          )
   v. )   No. 1:05cv01818 (JR)
          )
UNITED STATES, )
          )
      Defendant. )

## UNITED STATES' REPLY IN SUPPORT OF MOTION TO DISMISS

The United States submits this reply to address plaintiffs' opposition, styled as "Defendant's Brief in Support of Objection to Admission of Defendant's Computer 'Evidence'" and, pursuant to the Court's February 23, 2006 order, to address why the Court still does not have subject matter jurisdiction in view of plaintiffs' amended complaint.

First, plaintiffs' opposition centers on an objection to the introduction of "computer 'business records.'" Plaintiffs are presumably asserting that the transcripts attached to the declaration of Jennifer L. Vozne are inaccurate and unreliable. While the United States disagrees with these assertions, the Court need not address them. The transcripts were submitted as additional evidence that plaintiffs failed to pay their federal tax liabilities as is required for a refund suit.

1494683.1

Since plaintiffs eliminated a request for a refund of taxes in their amended

complaint, the Court need not decide whether plaintiffs have outstanding federal

tax liabilities.

Second, the Court still lacks subject matter jurisdiction over plaintiffs'

action seeking damages pursuant to 26 U.S.C. § 7433.  Plaintiffs never allege that

they filed an administrative claim as required by 26 U.S.C. § 7433(d).  To the

contrary, plaintiffs argue that they do not need to exhaust their administrative

remedies.  (Am. Compl. ¶¶ 6, 33.)  The Secretary of the Treasury promulgated

regulations governing the administrative claim for damages under section 7433.

See 26 C.F.R. § 301.7433-1(e).  The regulations provide that

> *An administrative claim for the lesser of $1,000,000*
> *($100,000 in the case of negligence) or actual, direct*
> *economic damages, as defined in paragraph (b) of this*
> *section [7433] shall be sent in writing* to the Area
> Director, Attn: Compliance Technical Support Manager
> of the area in which the taxpayer currently resides.

26 C.F.R. § 301.7433-1(e)(1) (emphasis added).  The taxpayer must send a written

administrative claim for damages to the area director in the district in which the

taxpayer lives and include the following: (1) the grounds for the claim; (2) a

description of the injuries incurred by the taxpayer; (3) the dollar amount of the

claim, including any damages not yet incurred but that are reasonably foreseeable;

and (4) the signature of the taxpayer.  26 C.F.R. § 301.7433-1(e)(1) and (2).

Failure to comply with this regulation deprives a court of jurisdiction.  See

McGuirl v. United States, 360 F.Supp.2d 125, 128 (D.D.C. 2004); Venen v.

United States, 38 F.3d 100, 103 (3d Cir. 1994); Conforte v. United States, 979

F.2d 1375 (9th Cir. 1992).

     For the reasons asserted in the United States' motion to dismiss and

supporting memorandum, as well as for the reasons stated above, plaintiffs'

complaint should be dismissed.

Date: February 28, 2006.

                                        Respectfully submitted,

                                        /s/ Jennifer L. Vozne
                                        JENNIFER L. VOZNE
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P. O. Box 227, Ben Franklin Station
                                        Washington, D.C.  20044
                                        Phone/Fax:  (202) 307-6555/514-6866
                                        Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' REPLY IN SUPPORT OF

MOTION TO DISMISS was served upon the following individual(s) on February

28, 2006, by sending a copy by First Class mail, postage prepaid, addressed as

follows:

> Brent Gross
> Rhonda Gross
> 12098 Silver Lake Road
> Brighton, MI 48116


/s/ Jennifer L. Vozne
JENNIFER L. VOZNE