**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

BRENT GROSS,                          :
                                      :
          Plaintiff,                  :
                                      :
     v.                               :  Civil Action No. 05-1818 (JR)
                                      :
UNITED STATES,                        :
                                      :
          Defendant.                  :

## ORDER

For the reasons presented in the accompanying Memorandum, defendant's motion to dismiss [6] is **granted.**

It is **SO ORDERED.**


                         JAMES ROBERTSON
                    United States District Judge