IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT GROSS & <br> RHONDA GROSS, <br><br>         Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>         Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    No. 1:05cv01818 (JR) <br> ) <br> ) <br> ) <br> ) |

## UNITED STATES' OPPOSITION TO MOTION TO VACATE DISMISSAL

This is a civil action in which plaintiffs allege that, beginning with tax year 1997, the Internal Revenue Service (IRS) disregarded various provisions of the Internal Revenue Code. Plaintiffs seek damages for alleged "wrongful collection" of federal taxes.

STATEMENT

1. <u>Introduction & background</u>. Plaintiffs, Brent and Rhonda Gross, filed a complaint on September 13, 2005. On January 17, 2006, the United States filed a motion to dismiss. Plaintiffs subsequently filed an amended complaint. By minute order dated February 23, 2006, the Court advised the United States that it need not re-file its motion to dismiss; rather, the United States should include any necessary additional arguments in a reply brief. Plaintiffs opposed the motion to dismiss. By order dated September 26, 2006, the Court dismissed the action because plaintiffs failed to state a claim for relief by failing to allege that they exhausted their administrative remedies.

2. <u>Motion to Vacate</u>. On December 4, 2006, plaintiffs served the United States

with a motion to vacate the order of dismissal under Fed. R. Civ. P. 60(b). Plaintiffs do not identify the specific reason for relief from the order dismissing the case. Rather plaintiffs appear to assert that exhaustion of administrative remedies is not a jurisdictional prerequisite, thus the case may not be dismissed for lack of subject matter jurisdiction. (Mot. to Vacate at 1-4.) Plaintiffs then assert that ruling on a motion to dismiss for failure to state a claim is premature if made prior to discovery. (Mot. to Vacate at 4-5.) Lastly, plaintiffs state that an allegation of failure to state a claim is an affirmative defense and the defendant must prove the defense. (Mot. to Vacate at 5.)

"[A] Rule 60(b) motion will not be granted unless the movant 'can demonstrate a meritorious claim or defense' to the motion upon which the district court dismissed the complaint. It has long been established that as a precondition to relief under Rule 60(b), the movant must provide the district court with reason to believe that vacating the judgment will not be an empty exercise or a futile gesture." *Murray v. District of Columbia*, 52 F.3d 353, 355 (D.C Cir. 1995) (citing Lepkowski v. United States Dep't of Treasury, 804 F.2d 1310, 1314 (D.C.Cir.1986)). Plaintiffs have not done so.

First, plaintiffs ignore the fact that the Court dismissed the case under Fed. R. Civ. P. 12(b)(6) rather than Fed. R. Civ. P. 12(b)(1). Second, plaintiffs do not assert that they did in fact exhaust their administrative remedies, thus the complaint is properly subject to dismissal. Third, plaintiffs are clearly incorrect in asserting that "'failure to state a claim' is an 'affirmative defense'." *See* Fed. R. Civ. P. 8.

CONCLUSION

For the reasons stated above, the reasons asserted in the United States' motion to dismiss, and the reasons stated in the Court's order dismissing the case, plaintiffs' motion to vacate the order of dismissal should be denied.

DATE: December 12, 2006.

>Respectfully submitted,

>/s/ Jennifer L. Vozne
>JENNIFER L. VOZNE
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 227
>Washington, DC  20044
>Phone/Fax:  (202) 307-6555/514-6866
>Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' OPPOSITION TO MOTION TO VACATE DISMISSAL and proposed ORDER were caused to be served upon plaintiffs *pro se* on the 12th day of December, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> BRENT GROSS
> RHONDA GROSS
> *Plaintiffs Pro Se*
> 12098 Silver Lake Road
> Brighton, MI 48116

/s/ Jennifer L. Vozne
JENNIFER L. VOZNE

2083439.1