IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRENT GROSS & RHONDA GROSS,  Plaintiffs, | ) ) ) ) ) |
| v. | ) )  No. 1:05cv01818 (JR) |
| UNITED STATES,  Defendant. | ) ) ) ) ) |

## **ORDER**

Having considered plaintiffs' MOTION TO VACATE DISMISSAL, the United States' opposition, any reply thereto, and the entire record of this proceeding, it is by the Court

ORDERED that the motion is DENIED; and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed below.

SO ORDERED this ____ day of _____ 200____.

_____
UNITED STATES DISTRICT JUDGE

2083442.1

Copies to:

JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

BRENT GROSS
RHONDA GROSS
*Plaintiffs Pro Se*
12098 Silver Lake Road
Brighton, MI 48116